IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN THE MATTER OF THE CRIMINAL COMPLAINT AND ARREST WARRANT FOR EMILY CHICON CARRION | *FILED UNDER SEAL* ✓ ___ FILED  ___ ENTERED<br>___ LOGGED  ___ RECEIVED<br><br>12:15 pm, Feb 26 2025<br>AT BALTIMORE<br>CLERK, U.S. DISTRICT COURT<br>DISTRICT OF MARYLAND<br>BY _____ Deputy<br><br>Misc. No. 1:25-mj-00424 |

### AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Caitlyn A. Clark, a Special Agent with the Department of Homeland Security, Immigration and Customs Enforcement, Homeland Security Investigations (HSI), being duly sworn, depose and state as follows:

### PURPOSE OF THE AFFIDAVIT

1. I make this affidavit in support of an application for a criminal complaint and arrest warrant charging **EMILY CHICON CARRION** ("**CARRION**") with 18 U.S.C. § 2252A(a)(2) (Distribution/Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography)(collectively the "**TARGET OFFENSES**"). Based on the facts set forth in this affidavit, there is probable cause to believe that **CARRION** has committed the **TARGET OFFENSES**

### AFFIANT BACKGROUND

2. I have been employed as an HSI Special Agent since August 2022. As part of the daily duties as an HSI Special Agent, I investigate criminal violations relating to child exploitation and child pornography, including violations pertaining to the illegal production, distribution, receipt, and possession of child pornography, in violation of Title 18, U.S.C. §§ 2251, 2252 and 2252A. I have gained experience through training in classes and daily work related to conducting these types of investigations. I have participated in the execution of numerous search warrants, of

1

which the majority has involved child exploitation and/or child pornography offenses. Many of the child exploitation and/or child pornography search warrants resulted in the seizure of computers, cell phones, magnetic storage media for computers, other electronic media, and other items evidencing violations of federal laws, including various sections of Title 18, United States Code § 2252A involving child exploitation offenses. In the course of my employment with HSI, I have observed and reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media and within online accounts.

3. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States. I have set forth only the facts that I believe are necessary to establish probable cause for the warrant sought herein. The information contained in this affidavit is based upon my personal knowledge, my review of documents and official police reports provided by the Anne Arundel County Police Department, my review of evidence, my observations during the execution of the related search warrant, and my conversations with other law enforcement officers and other individuals.

## PROBABLE CAUSE

4. Your Affiant is working a child exploitation investigation jointly with Anne Arundel County Police Department (AAPD), Army Criminal Investigation Division (CID) and Air Force Office of Special Investigations (AFOSI). This ongoing investigation has yielded probable cause that **Emily CHICON CARRION (CARRION)** of **2979 Stewart Loop, Unit D, Fort Meade, Maryland 20755**, possessed and distributed child pornography, and has stored those visual depictions on electronic devices, in violation of federal law.

5. The ongoing investigation has revealed **CARRION** possessed numerous files of child pornography. The investigation has also revealed **CARRION** has engaged in conversation

2

with individuals on the messaging application KIK and appears to be an administrator of a group called "Young Girls."

6.  This investigation stems from an AAPD investigation, emanating from Cyber Tipline Reports from the National Center for Missing and Exploited Children (NCMEC). Through the AAPD investigation, a subject of investigation was identified in Maryland (MD), located on the military base Fort Meade.

7.  Further investigation of the 8 Cybertips sent to AAPD from NCMEC resulted in the identification of **CARRION** as the user of each of the subject accounts.

8.  On February 24, 2025, United States Magistrate Judge Erin Aslan, of the District of Maryland, granted search warrants for the residence and vehicle associated with **CARRION**, as well as for her person. The search warrants were executed on February 26, 2025, and are attached to this Affidavit as Exhibit 1, incorporated by reference.

9.  At the time of the warrant execution, **CARRION** was present at the residence. HSI and AAPD conducted an interview, post Miranda. The interview was recorded, and the following is a non-verbatim summary of the interview. During the interview, **CARRION** admitted to being an administrator of the Kik group, "Young Girls." **CARRION** stated that the Google email accounts, emilyndream03@gmail.com and hoodietwoshoes24@gmail.com both belong to her. **CARRION** stated she has child sexual abuse materials (CSAM) on her phone and has distributed CSAM via Kik in the past. **CARRION** stated she did not now why she did these things and wishes she "felt normal." **CARRION** admitted she knows what possessing and distributing child pornography is illegal and wrong.

10. The Maryland State Police forensic unit conducted an on-scene review of the digital forensic examination of the seized devices from the search warrant at 2979 Stewart Loop Unit D,

3

Fort Meade, MD. Specifically, a pink iPhone 15 belonging to **CARRION** was examined and CSAM was observed. Your Affiant reviewed these files, and one is described below:

File Name: IMG_1029.PNG
Create Date: 2/18/25 12:45:14 Am (UTC-5)
Description: This is a color photograph, which depicts a female infant. The infant is laying on her back with her legs spread. An adult male has his hand on her stomach and his erect penis in inserted into the infant's vagina. There is a white substance that appears to be ejaculate on the tip of the erect penis.

## AUTHORIZATION REQUEST

11.     Based on the above information, I respectfully submit that that there is probable cause to believe that **CARRION** has committed the **TARGET OFFENSES**. Accordingly I request that a criminal complaint and an arrest warrant be issued.

Caitlyn A. Clark
Special Agent
Homeland Security Investigations

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 this 26th day of February 2025.

Erin Aslan
UNITED STATES MAGISTRATE JUDGE